IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARIA KROTT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>**NEW DIRECTIONS BEHAVIORAL HEALTH, L.L.C.,**<br><br>*Defendant.* | Civil Action No. 4:19-cv-00915-DGK |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Maria Krott and Opt-in Plaintiff Nikeasha Gibbons ("Plaintiffs"), through counsel, respectfully request that the Court enter an Order approving the Settlement Agreement between Plaintiffs and the other Settlement Class Members, on the one hand, and Defendant New Directions Behavioral Health, L.L.C., on the other hand ("the Parties"). The Settlement Agreement is a fair, reasonable, and equitable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

As demonstrated in the accompanying Suggestions in Support of Plaintiffs' Motion, the Parties' Settlement constitutes the resolution of a *bona fide* dispute between the Parties and is the result of arm's length negotiations, conducted by experienced counsel for all Parties, after attending mediation and litigating the case for more than a year. The terms of the Settlement are fair and equitable to all Parties.

Plaintiffs respectfully request that the Court approve the Settlement and enter the Proposed Order attached to the Settlement Agreement as Attachment 1. Plaintiffs also ask that

the Court appoint Rust Consulting as the third-party Settlement Administrator and approve the payment of the following from the Gross Settlement Amount pursuant to the terms of the Settlement Agreement: (i) Service Awards to Plaintiff Krott and Opt-in Plaintiff Gibbons as set forth in the Settlement Agreement, and (ii) settlement administration fees to Rust Consulting in an amount not to exceed $4,750.00.

For these reasons and those stated in the accompanying Suggestions, Plaintiffs respectfully request that the Court approve the Parties' Settlement Agreement. Defendant does not oppose this motion.

Dated: June 30, 2021

Respectfully submitted,

**/s/ Sarah J. Arendt**

DOUGLAS M. WERMAN
MAUREEN A. SALAS
SARAH J. ARENDT
Werman Salas P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
T: (312) 419-1008
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com

ROWDY B. MEEKS, MO #48349
ROWDY MEEKS LEGAL GROUP LLC
8201 Mission Rd., Suite 250
Prairie Village, KS 66208
T: (913)766-5585
F: (816) 875-5069
Rowdy.Meeks@rmlegalgroup.com

Travis M. Hedgpeth
Texas Bar No. 24074386
The Hedgpeth Law Firm, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
T: (281) 572-0727
F: (281) 572-0728
travis@hedgpethlaw.com

Jack Siegel
Texas Bar No. 24070621
Siegel Law Group PLLC
4925 Greenville Avenue, Suite 600
Dallas, Texas 75206
T: (214) 790-4454
Jack@siegellawgroup.biz

**ATTORNEYS FOR PLAINTIFFS AND
THE SETTLEMENT CLASS MEMBERS**

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document on June 30, 2021 and that notice of this filing will be distributed to all counsel of record through the District's ECF system.

/s/ Sarah J. Arendt
Sarah J. Arendt